UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHEA WENG, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:22-CV-00683-SRW |
| | ) |
| WASHINGTON UNIVERSITY IN SAINT LOUIS, | ) |
| | ) |
| Defendant(s). | ) |

# ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Stephen R. Welby to District Judge Catherine D. Perry.

August 16, 2022
Date

*Gregory J. Linhares          /*
Clerk of Court

By:  /s/ Jacqueline Parker          /
JACQUELINE PARKER
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:22-CV-00683-CDP**