UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANTHEA WENG, )
 )
    Plaintiff(s), )
 )
v. ) No. 4:22-CV-00683-CDP
 )
WASHINGTON UNIVERSITY IN SAINT )
LOUIS, )
 )
    Defendant(s). )

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

#### Option 2

[X] An ADR conference was held on: __January 26, 2023__.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on __January 26, 2023__.
The parties  [☐ did  [X] did not]  achieve a settlement. *Check one*

#### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __February 2, 2023__    Neutral: __/s/ Francis X. Neuner, Jr.__

                                                                            NEUNER JR., FRANCIS X.
                                                                            Signature