IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| ANTHEA WENG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00683CDP |
| | ) | |
| THE WASHINGTON UNIVERSITY in | ) | |
| SAINT LOUIS, d/b/a The Washington | ) | |
| University School of Medicine, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

### (By Stipulation)

Plaintiff, Anthea Weng, by and through her attorneys, hereby gives notice to the Court that this matter has settled between the parties, and, pursuant to F.R.C.P. Rule 41, hereby voluntarily dismisses this cause, with prejudice, by stipulation of the parties, attached hereto, each party to bear their own costs and attorneys' fees.

THE CRONE LAW FIRM, PLC, by

/s/ Edward J. Rolwes
Edward J. Rolwes, MO - 51522
4818 Washington Ave., Suite 107
St. Louis, MO 63108
314.710.5651
erolwes@cronelawfirmplc.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

Amy L. Blaisdell #51068
Katie L. Fechte #67927
10 South Broadway, Suite 2000
St. Louis, MO 63102
P: 314.241.9090/ F: 314.241.8624               /s/ Edward J. Rolwes
apb@greensfelder.com
kfechte@greensfelder.com